UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| STELLMAN INC. AN ILLINOIS CORPORATIO | § | Case No. 07-14343 SPS |
| | § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 2,189.17 | Claims Discharged Without Payment: 9,524.29 |
| Total Expenses of Administration: 729.73 | |

3) Total gross receipts of $ 2,918.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,918.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 729.73 | 729.73 | 729.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,794.76 | 2,918.70 | 2,918.70 | 2,189.17 |
| **TOTAL DISBURSEMENTS** | $ 8,794.76 | $ 3,648.43 | $ 3,648.43 | $ 2,918.90 |

4) This case was originally filed under chapter 7 on 08/09/2007 . The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2012          By:/s/Frances Gecker
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ESCROW ACCOUNT | 1221-000 | 2,918.70 |
| Post-Petition Interest Deposits | 1270-000 | 0.20 |
| TOTAL GROSS RECEIPTS | | $2,918.90 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 729.73 | 729.73 | 729.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 729.73 | $ 729.73 | $ 729.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fred Boudreau et al. v. Stellman | | 8,794.76 | NA | NA | 0.00 |
| | Illinois Dept. of Employment Security | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| 000001 | KEVIN H. MILLON | 7100-000 | NA | 2,918.70 | 2,918.70 | 2,189.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 8,794.76 | $ 2,918.70 | $ 2,918.70 | $ 2,189.17 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 07-14343 SPS Judge: Susan Pierson Sonderby
Case Name: STELLMAN INC. AN ILLINOIS CORPORATIO

For Period Ending: 02/16/12

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 08/09/07 (f)
341(a) Meeting Date: 09/10/07
Claims Bar Date: 06/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon DA=§554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |
| 3. ESCROW ACCOUNT (u) | 0.00 | 0.00 | | 2,918.70 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $2,918.90 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 04/15/15        Current Projected Date of Final Report (TFR): 10/24/11

/s/ Frances Gecker        Date: _____

FRANCES GECKER

Ver. 16.05c

LFORM1        UST Form 101-7-TDR (5/1/2011) (Page: 6)

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 07-14343 -SPS
Case Name: STELLMAN INC.AN ILLINOIS CORPORATIO
Taxpayer ID No: *******1203
For Period Ending: 02/16/12

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5168 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/11 | 3 | Mitchell Jones<br>Jones Law Offices<br>1236 Chicago Avenue<br>#302<br>Evanston, IL 60202 | Escrow Account | 1221-000 | 2,918.70 | | 2,918.70 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,918.71 |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,918.73 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,918.75 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,918.78 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,918.80 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,918.82 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,918.85 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,918.87 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,918.89 |
| 11/08/11 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,918.90 |
| 11/08/11 | | Transfer to Acct #*******5760 | Final Posting Transfer | 9999-000 | | 2,918.90 | 0.00 |
| | | | | Page Subtotals | 2,918.90 | 2,918.90 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 7)   Ver: 16.05c

Page: 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  07-14343 -SPS
Case Name:  STELLMAN INC. AN ILLINOIS CORPORATIO
Taxpayer ID No:  ******1203
For Period Ending:  02/16/12

Trustee Name:  Frances Gecker
Bank Name:  BANK OF AMERICA
Account Number / CD #:  ******5168  MONEY MARKET
Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 2,918.90 | 2,918.90 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 2,918.90 | |
| | | | Subtotal | | 2,918.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,918.90 | 0.00 | |

Page Subtotals  0.00  0.00

Ver. 16.05c

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 8)

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-14343 -SPS
Case Name: STELLMAN INC.AN ILLINOIS CORPORATIO
Taxpayer ID No: *******1203
For Period Ending: 02/16/12

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5760  GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | | Transfer from Acct #*******5168 | Transfer In From MMA Account | 9999-000 | 2,918.90 | | 2,918.90 |
| 12/29/11 | | Transfer to Acct #*******2145 | Bank Funds Transfer | 9999-000 | | 2,918.90 | 0.00 |
| | | | COLUMN TOTALS | | 2,918.90 | 2,918.90 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,918.90 | 2,918.90 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals      2,918.90      2,918.90

Ver. 16.05c

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 9)

Page: 4
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-14343 -SPS  
Case Name: STELLMAN INC. AN ILLINOIS CORPORATIO  
Taxpayer ID No: *******1203  
For Period Ending: 02/16/12  

Trustee Name: Frances Gecker  
Bank Name: Congressional Bank  
Account Number / CD #: *******2145 GENERAL CHECKING  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5760 | Bank Funds Transfer | 9999-000 | 2,918.90 | | 2,918.90 |
| 01/03/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 729.73 | 2,189.17 |
| 01/03/12 | 001001 | KEVIN H. MILLON<br>2100 MANCHESTER ROAD, BLDG. B, #1060<br>WHEATON, ILLINOIS 60187 | Claim 000001, Payment 75.00% | 7100-000 | | 2,189.17 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 2,918.90 | 2,918.90 |
| Less: Bank Transfers/CD's | | 2,918.90 | 0.00 |
| Subtotal | | 0.00 | 2,918.90 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 2,918.90 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |
| MONEY MARKET - *******5168 | 2,918.90 | 0.00 | 0.00 |
| GENERAL CHECKING - *******5760 | 0.00 | 0.00 | 0.00 |
| GENERAL CHECKING - *******2145 | 0.00 | 2,918.90 | 0.00 |
| | 2,918.90 | 2,918.90 | 0.00 |
| | | Total Funds On Hand | 0.00 |

Page Subtotals 2,918.90 2,918.90

Ver: 16.05c

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 10)

Page: 5
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-14343 -SPS
Case Name: STELLMAN INC. AN ILLINOIS CORPORATIO
Taxpayer ID No: ********1203
For Period Ending: 02/16/12

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: ********2145 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********5168 | | | | |
| | | | GENERAL CHECKING - ********5760 | | | | |
| | | | GENERAL CHECKING - ********2145 | | | | |

Page Subtotals  0.00  0.00

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker  Date: 02/16/12
FRANCES GECKER

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver. 16.05c